NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLIGENT VERIFICATION SYSTEMS, LLC.,**
*Plaintiff-Appellant*

**v.**

**MAJESCO ENTERTAINMENT CO., MICROSOFT CORP.**
*Defendants-Appellees*

---

2015-1603

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:12-cv-00525-AWA-LRL, Judge Arenda L. Wright Allen.

---

**JUDGMENT**

---

ROBERT J. KENNEY, Birch Stewart Kolasch & Birch, LLP, Falls Church, VA, argued for plaintiff-appellant. Also represented by MICHAEL K. MUTTER, QUENTIN R. CORRIE, JOHN DANIEL VICTOR FERMAN, LYNDE FAUN HERZBACH.

AHMED JAMAL DAVIS, Fish & Richardson, PC, Washington, DC, argued for defendants-appellees. Microsoft

Corp. also represented by RUFFIN B. CORDELL; JOHN WINSTON THORNBURGH, San Diego, CA.

ZACHARY DAVID SILBERSHER, Kroub Silbersher & Kolmykov PLLC, New York, NY, for defendant-appellee Majesco Entertainment Co.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 19, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court